IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL CASTELLANOS,

    Petitioner,               No. CIV S-00-0360 DFL JFM P

    vs.

SUZAN L. HUBBARD, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 24, 2005 denial of his application for a writ of habeas corpus and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

/////

1

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner seeks a certificate of appealability on his claim that a sentence of twenty-five years to life in prison constitutes cruel and unusual punishment in violation of the Eighth Amendment. Petitioner has made the showing required for a certificate of appealability with respect to this claim.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 24, 2005 request for a certificate of appealability is granted;

2. A certificate of appealability is issued for petitioner's claim that his prison sentence violates the Eighth Amendment; and

3. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2